STATE v. CHESSON

No. 347P00

Case below: 139 N.C.App. 207

Petition by Attorney General for writ of supersedeas and motion for temporary stay denied 9 August 2000.

STATE v. CLONTZ

No. 223P00

Case below: 137 N.C.App. 588

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 24 August 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. CONNER

No. 219A91-3

Case below: 352 N.C.App. 358

Motion by defendant to reconsider the denial of a remand for evidentiary hearing dismissed 24 August 2000.

STATE v. CROCKETT

No. 271P00

Case below: 138 N.C.App. 109

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

STATE v. FIEDLER

No. 284P00

Case below: 138 N.C.App. 328

Petition by defendant for writ of supersedeas denied 24 August 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000. Temporary stay dissolved 24 August 2000.